## UNITED STATES BANKRUTPCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

IN RE:

Jason Craig Bohannan
Martha Danise Bohannan       CHAPTER 13
Debtor(s)                    NO. 09-50865-JSD

## CERTIFICATE OF SERVICE

This is to certify I have served a copy of the foregoing Modification After Confirmation, with Notice of Modification upon:

Elaina Massey
Chapter 13 Trustee
VIA CM/ECF

Citizens Bank
480 Jefferson Blvd, RJE 135
Warwick, RI 02886
And all persons listed on the attached mailing matrix

by placing the same in an envelope and mailing it in the US Mail with sufficient postage thereon to assure delivery.

This 27th day of August, 2010.

/s/ Willis H Blacknall III
Willis H. Blacknall III
Georgia Bar No. 060775
Attorney for Debtor

319 Albany Avenue
P.O. Box 177
Waycross, GA 31502
(912)285-9508
FAX (912)283-2363

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

In the matter of:

    **Jason Craig Bohannan**  
    Martha Danise Bohannan

Case No.: 09-50865-JSD

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtor hereby modifies the plan confirmed previously in this case in the following respects:

☐ Surrender the following property:

☒ Other provisions:

    Adding creditor to General Unsecured, being treated the same as General Unsecured in original plan.

    Citizens Bank - 480 Jefferson Blvd, RJE 135, Warwick, RI 02886  
    Account # 4231  $27,278.00

2. Debtor asserts as the basis for the modification the following facts:  
   Adding Unsecured creditor to be treated as all other General Unsecured

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and affect.

08-27-10                          /s/Jason Craig Bohannan

    Date                               /s/ Martha Danise Bohannan  
                                       Debtors

# United States Bankruptcy Court
## Southern District of Georgia

In the matter of: )
)
    Jason Craig Bohannan  )     Chapter  13  Case No.  09-50865-JSD
    Martha Danise Bohannan )
    Debtor(s) )
)
)

### NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date:   August 27th, 2010     /s/ Willis H. Blacknall, III
                                                   Willis H. Blacknall, III  060775
                                                   Attorney for Debtor(s)

Samuel L. Kay, Clerk
United States Bankruptcy Court
Southern District of Georgia
(Form.mac11/04)

Label Matrix for local noticing
113J-5
Case 09-50865-JSD
Southern District of Georgia
Waycross
Fri Aug 27 14:09:05 EDT 2010

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Patti H. Bass
Bass & Associates, PC
3936 E Ft Lowell Rd, Ste 200
Tucson, AZ 85712-1083

Martha Danise Bohannan
2725 Sears Road
Nahunta, GA 31553-5414

Child Support Recovery
215B Albany Ave.
Waycross GA 31501-3561

FIA Card Services, N.A AKA Bank of America
By PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

(c)GREEN TREE SERVICING
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311

HSBC
Attn: Bankruptcy
Po Box 5253
Carol Stream IL 60197-5253

HSBC Bank Nevada, N.A.
By PRA Receivables Management, LLC
PO Box 12907
Norfolk, VA 23541-0907

LDG Financial Services, LLC
7001 Peachtree Industrial Blvd
Suite 320
Norcross GA 30092-6637

Afni, Inc.
Attn: DP Recovery Support
Po Box 3427
Bloomington IL 61702-3427

Assetcare Inc
5100 Peachtree Industrial Blvd
Norcross GA 30071-5721

Willis H Blacknall III
Blacknall & Little LLP
319 Albany Avenue
P O Box 177
Waycross, GA 31502-0177

CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091-5155

Lisa Ritchey Craig
McCullough Payne & Haan, LLC
171 17th Street, NW, Ste 975
Atlanta, GA 30363-1029

FNB South Bank
423 W 12th St
P O Box 2028
Alma GA 31510-0928

Green Tree Servicing LLC
P.O. Box 0049
Palatine, IL 60055-0049

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

HSBC Card Services
PO Box 5222
Carol Stream IL 60197-5222

Lowes / MBGA
Attention: Bankruptcy Department
Po Box 103106
Roswell GA 30076-9106

Afni, Inc.
Po Box 3097
Bloomington IL 61702-3097

Bac / Fleet Bankcard
Po Box 26012
Greensboro NC 27420-6012

Jason Craig Bohannan
2725 Sears Road
Nahunta, GA 31553-5414

Chase Bank USA NA
PO Box 15145
Wilmington, DE 19850-5145

John S. Dalis
Augusta, GA 30901

GMAC
PO BOX 130424
Roseville, MN 55113-0004

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Hsbc/suzki
Po Box 703
Wood Dale IL 60191-0703

M. Elaina Massey
Post Office Box 1717
Brunswick, GA 31521-1717

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Rshk/cbsd<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195-0507 | Sams Club<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell GA 30076-9104 |
| Sears/cbsd<br>701 East 60th St N<br>Sioux Falls SD 57104-0432 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls SD 57117-6189 | Seventh Avenue<br>1112 7th Ave<br>Monroe WI 53566-1364 |
| Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Sherri Correll<br>3641 Fox Trail Lane<br>Blackshear GA 31516-2904 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| (p)W S BADCOCK<br>P O BOX 232<br>MULBERRY FL<br>33860-0232 | Wfnnb/friedmans<br>220 W Schrock Rd<br>Westerville OH 43081-2873 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Green Tree Servicing LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk VA 23502 |
| W. S. Badcock Corporation<br>Post Office Box 232<br>Mulberry, FL 33860 | (d)W.S. Badcock Corporation<br>PO Box 232<br>Mulberry FL 33860 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing
332 Minnesota St. Ste 610
Saint Paul MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GMAC

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, Va 23541-1067

(d)Verizon Wireless
Po Box 3397
Bloomington IL 61702-3397

End of Label Matrix
Mailable recipients  44
Bypassed recipients   3
Total                47