## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

  Jason Craig Bohannan &
  Martha Danise Bohannan
  2725 Sears Rd
  Nahunta, GA  31553

  Social Security No.:  XXX-XX-1797
                                XXX-XX-3691

                            Debtor(s)

Chapter 13
Case No. 09-50865-JSD

### TRUSTEE'S REPORT OF MODIFIED CONFIRMATION

    On Wednesday, September 29, 2010 the Bankruptcy Court confirmed the above debtor(s)' modified plan with payments of $684.00 MONTHLY for a period of 60 months. The dividend to unsecured creditors will be LESS than 10%. Disbursements shall be made by M. Elaina Massey, Trustee, to the following creditors:

| Claim # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
| ADMIN FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $39.00 |
| FILING FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $235.00 |
| ATTY FEE | WILLIS H BLACKNALL, III | PRIORITY | $2,500.00 |
| 0001 | GREEN TREE SERVICING LLC | SECURED | $11,905.49 |
| 0002 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $481.28 |
| 0004 | GMAC | MOTOR VEHICLE | $9,097.07 |
| 0005 | GMAC | MOTOR VEHICLE | $7,497.64 |
| 0006 | FNB SOUTH | UNSECURED | $1,917.03 |
| 0007 | CHASE BANK USA NA | UNSECURED | $4,682.29 |
| 0008 | W.S. BADCOCK CORPORATION | SECURED | $361.15 |
| 0009 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $304.81 |
| 0010 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $453.99 |
| 0011 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $2,034.91 |
| 0012 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $313.88 |
| 0013 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $895.42 |
| 0014 | SEVENTH AVENUE | UNSECURED | $458.65 |
| 0015 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $1,951.02 |
| 0016 | PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $1,392.23 |
| 0017 | CANDICA, L.L.C | UNSECURED | $3,851.35 |
| 0018 | OAK HARBOR CAPITAL, LLC | UNSECURED | $1,618.36 |
| 0019 | HSBC BANK NEVADA, N.A. | UNSECURED | $503.10 |
| 0020 | HSBC BANK NEVADA, N.A. | UNSECURED | $465.60 |
| 0021 | HSBC BANK NEVADA, N.A. | UNSECURED | $452.82 |
| 0022 | ECAST SETTLEMENT CORP. | UNSECURED | $1,020.67 |
| 0024 | VERIZON WIRELESS | UNSECURED | $1,064.68 |
| 0025 | ROUNDUP FUNDING, LLC | UNSECURED | $650.07 |
| 10003 | AMERICAN HONDA FINANCE CORP | UNSECURED | $0.03 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), debtor(s)' attorney In this case and all parties listed above.

Dated this Wednesday, February 2, 2011

/s / Tammy  Dykes
for the Office of M. Elaina Massey, Chapter 13 Trustee
Post Office Box 1717
Brunswick, Georgia 31521
(912) 466-9787

TCD