**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**

In the matter of:  )
    **Jason Craig Bohannan**  ) Case No.: 09-50865-JSD
    **Martha Denise Bohannan**  )

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtor hereby modifies the plan confirmed previously in this case in the following respects:

■ Increase the payment as follows:
    $746.00 a month beginning October 2011.

☐ Surrender the following property:

■ Other provisions:
    Decrease plan length to a minimum of 36 months.
    Adding creditors to General Unsecured, being treated the same as General Unsecured in the original chapter 13 plan.

    Amcol Systems, Inc. for St. Vincent's- 111 Lancewood Rd. Columbia SC 29210
    Acct # 36190519/00602785099    $41,1774.33

    Cardio and Vascular Surgery- 1824 King St, Ste 200, Jacksonville, FL 32204
    Acct# 072731    $75.00

    Charlton Memorial Hospital- PO Box 188 Folkston, GA 31537
    Acct# 8823-0    $831.72

    FMS Financial Solutions- For Satilla Regional Specialty Physicians
    9001 Edmonston Rd. Ste 20 Greenbelt, MD 20770
    Acct# 138688    $476.86

    Frost Arnet Company- Elmhurst Plaza
    1327B Broadway St., Campbellsville KY 42718
    Acct # BQO590    $4115.00

    HSI Financial Services for Satilla Regional- PO Box 723539 Atlanta, GA 31193
    Acct# 18920295    $1349.00

North Florida Anesthesia- PO box 861113, Orlando, FL 32886
Acct# 1300883      amount unknown

Regional EMS- PO Box 88 Quitman, GA 31643
Acct# BOHANNJ     $987.07

Satilla Cardiology- PO Box 173 Waycross, GA 31502
Acct# 97037       $353.23

2.   Debtor asserts as the basis for the modification the following facts:

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and affect.

9-16-11                                    /s/Jason Craig Bohannan
Date

                                           /s/Martha Denise Bohannan
                                           Debtor

# United States Bankruptcy Court

Southern District of Georgia

In the matter of:              )
                                        )
    **Jason Craig Bohannan**    )  Case No.: 09-50865-JSD
    **Martha Denise Bohannan**  )
                                        )

### NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 9/16/11                                    /s/ Willis H. Blacknall III
                                                      Willis H. Blacknall, III  060775
                                                      Attorney for Debtor(s)

Samuel L. Kay, Clerk
United States Bankruptcy Court
Southern District of Georgia
(Form.mac11/04)

## UNITED STATES BANKRUTPCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

IN RE:

                      CHAPTER 13

Jason Craig Bohannan           NO. 09-50865
Martha Denise Bohannan

## **CERTIFICATE OF SERVICE**

     This is to certify I have served a copy of the foregoing Modification After Confirmation, with Notice of Modification upon:

Chapter 13 Trustee
VIA CM/ECF

AMCOL Systems, Inc
For St. Vincent's Medical Center
111 Lancewood Rd.
Columbia, SC 29210

Cardio and Vascular Surgery
1824 King ST. Ste 200
Jacksonville, FL 32204-4735

Charlton Memorial
PO Box 1888
Folkston, GA 31537

FMS Financial Solutions
For Satilla Regional Specialty Physicians
9001 Edmonston Rd. ste 20
Greenbelt, MD 20770

Frost Arnet Company
Elmhurst Plaza
1327B Broadway St
Campbellsville, KY 42718

HSI Financial Solutions
For Satilla Regional
PO Box 72537
Atlanta, GA 31193-0001

North Florida Anesthesia
PO Box 861113
Orlando, FL 32886

Regional EMS
PO Box 88
Quitman, GA 31643

Satilla Cardiology
PO Box 173
Waycross, GA 31502

And all others on the attached mailing matrix by placing the same in an envelope and mailing it in the US Mail with sufficient postage thereon to assure delivery.

This 16th day of September, 2011.

/s/ Willis H Blacknall III
Willis H. Blacknall III
Georgia Bar No. 060775
Attorney for Debtor

305 Albany Avenue
P.O. Box 177
Waycross, GA 31502
(912)285-1888
FAX (912)283-2363

```
Label Matrix for local noticing      Afni, Inc.                           Afni, Inc.
113J-5                               Attn: DP Recovery Support            Po Box 3097
Case 09-50865-JSD                    Po Box 3427                          Bloomington IL 61702-3097
Southern District of Georgia         Bloomington IL 61702-3427
Waycross
Fri Sep 16 16:02:50 EDT 2011

(p)AMERICAN HONDA FINANCE            Assetcare Inc                        Bac / Fleet Bankcard
P O BOX 168088                       5100 Peachtree Industrial Blvd       Po Box 26012
IRVING TX 75016-8088                 Norcross GA 30071-5721               Greensboro NC 27420-6012


Patti H. Bass                        Willis H. Blacknall III              Jason Craig Bohannan
Bass & Associates, PC                Willis H. Blacknall III, PC          2725 Sears Road
3936 E Ft Lowell Rd, Ste 200         305 Albany Avenue                    Nahunta, GA 31553-5414
Tucson, AZ 85712-1083                P O Box 177
                                     Waycross, GA 31502-0177


Martha Danise Bohannan               (p)CAPITAL ONE                       Candica LLC
2725 Sears Road                      PO BOX 30285                         c/o Weinstein & Riley, P.S.
Nahunta, GA 31553-5414               SALT LAKE CITY UT 84130-0285         2001 Western Ave., Ste. 400
                                                                          Seattle, WA 98121-3132


Chase Bank USA NA                    Child Support Recovery               Citizens Bank
PO Box 15145                         215B Albany Ave.                     480 Jefferson Blvd, RJE 135
Wilmington, DE 19850-5145            Waycross GA 31501-3561               Warwick, RI 02886-1359


Lisa Ritchey Craig                   John S. Dalis                        FIA Card Services, N.A AKA Bank of America
McCullough Payne & Haan, LLC         Augusta, GA 30901                    By PRA Receivables Management, LLC
171 17th Street, NW, Ste 975                                              PO Box 12907
Atlanta, GA 30363-1029                                                    Norfolk VA 23541-0907


FNB South Bank                       GMAC                                 (c)GREEN TREE SERVICING
423 W 12th St                        PO BOX 130424                        332 MINNESOTA ST STE E610
P O Box 2028                         Roseville, MN 55113-0004             SAINT PAUL MN  55101-1311
Alma GA 31510-0928


Green Tree Servicing LLC             (p)GREENTREE SERVICING LLC           HSBC
P.O. Box 0049                        BANKRUPTCY DEPARTMENT                Attn: Bankruptcy
Palatine, IL 60055-0049              P O BOX 6154                         Po Box 5253
                                     RAPID CITY SD 57709-6154             Carol Stream IL 60197-5253


HSBC Bank Nevada, N.A.               HSBC Bank Nevada, N.A.               HSBC Bank Nevada, N.A.
Bass & Associates, P.C.              Bass & Associates, P.C.              By PRA Receivables Management, LLC
3936 E. Ft. Lowell Road, Suite #200  3936 E. Ft. Lowell Rd, Suite 200     PO Box 12907
Tucson, AZ 85712-1083                Tucson, AZ 85712-1083                Norfolk, VA 23541-0907


HSBC Card Services                   Hsbc/suzki                           LDG Financial Services, LLC
PO Box 5222                          Po Box 703                           7001 Peachtree Industrial Blvd
Carol Stream IL 60197-5222           Wood Dale IL 60191-0703              Suite 320
                                                                          Norcross GA 30092-6637
```

| | | |
|---|---|---|
| Lowes / MBGA<br>Attention: Bankruptcy Department<br>Po Box 103106<br>Roswell GA 30076-9106 | M. Elaina Massey<br>Post Office Box 1717<br>Brunswick, GA 31521-1717 | Oak Harbor Capital, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Rshk/cbsd<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195-0507 | Sams Club<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell GA 30076-9104 |
| Sears/cbsd<br>701 East 60th St N<br>Sioux Falls SD 57104-0432 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls SD 57117-6189 | Seventh Avenue<br>1112 7th Ave<br>Monroe WI 53566-1364 |
| Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Sherri Correll<br>3641 Fox Trail Lane<br>Blackshear GA 31516-2904 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| (p)W S BADCOCK<br>P O BOX 232<br>MULBERRY FL<br>33860-0232 | Wfnnb/friedmans<br>220 W Schrock Rd<br>Westerville OH 43081-2873 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Green Tree Servicing LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 |
| Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, Va 23541-1067 | W. S. Badcock Corporation<br>Post Office Box 232<br>Mulberry, FL 33860 |
| (d)W.S. Badcock Corporation<br>PO Box 232<br>Mulberry FL 33860 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing
332 Minnesota St. Ste 610
Saint Paul MN 55101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Candica LLC                  (u)GMAC                         (d)Oak Harbor Capital, L.L.C.
c/o Weinstein & Riley, P.S.                                     c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400                                     2001 Western Ave., Ste. 400
Seattle, WA 98121-3132                                          Seattle, WA 98121-3132


(d)Verizon Wireless             End of Label Matrix
Po Box 3397                     Mailable recipients    47
Bloomington IL 61702-3397       Bypassed recipients     4
                                Total                  51